UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JERRY MITCHELL,** | ) Case No. CV 05-3406-JVS(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **W.J. SULLIVAN, WARDEN,** | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: August 21, 2008

_____
James V. Selna
United States District Judge